IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEMARIUS M. AMMONS**                                          **PLAINTIFF**


**v.**                          **No: 4:22-cv-00351-KGB-PSH**


**SUSAN POTTS**                                          **DEFENDANT**


<u>**ORDER**</u>

Plaintiff Demarius M. Ammons filed a *pro se* complaint on April 19, 2022, while incarcerated at the Drew County Detention Facility (Doc. No. 2).  On April 26, 2022, mail sent to Ammons was returned as undeliverable (Doc. No. 4).  The same day, the Court entered a text order notifying Ammons that the mail could not be delivered to him because he was no longer at the address he provided (Doc. No. 5).  Ammons was directed to provide notice of his current mailing address no later than thirty days from the entry of the April 26 text order.  Because Ammons had not timely updated his address in accordance with the Court's order, the Court entered a Recommended Disposition on June 1, 2022, recommending that the case be dismissed for failure to comply with Local Rule 5.5(c)(2) and for failure to respond to the Court's orders.  *See* Doc. No. 9.  After the Court entered its recommendation, Ammons updated his address (Doc. No. 11).  Accordingly, the Court withdraws its recommendation.

Because Ammons is now incarcerated at the Arkansas Division of Correction's Cummins Unit, the Clerk of Court is directed to send a copy of the order granting Ammons' application to proceed *in forma pauperis* (Doc. No. 3) to the Warden of the Cummins Unit, the ADC Trust Fund Centralization Bank Office, and the ADC Compliance Office.

It is so ordered this 16th day of June, 2022.

_____
UNITED STATES MAGISTRATE JUDGE