IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEMARIUS M. AMMONS**                                   **PLAINTIFF**

v.                     No: 4:22-cv-00351-KGB-PSH

**SUSAN POTTS**                                         **DEFENDANT**

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Recommendation has been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Demarius M. Ammons filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on April 19, 2022, while in custody at the Drew County Detention Facility (Doc. No. 2). The same day, the Court entered an order directing Ammons to file an amended complaint within 30 days (Doc. No. 3). On April 26, 2022, mail sent to Ammons was returned as undeliverable (Doc. No. 4), and the Court entered an order

directing Ammons to provide notice of his current mailing address (Doc. No. 5). Because Ammons had not timely updated his address in accordance with the Court's order, the Court entered a Recommended Disposition on June 1, 2022, recommending that the case be dismissed for failure to comply with Local Rule 5.5(c)(2) and for failure to respond to the Court's orders (Doc. No. 9). After the Court entered its recommendation, Ammons updated his address (Doc. No. 11). On June 16, 2022, the Court withdrew its recommendation and directed the Clerk of Court to send Ammons another copy of its April 19, 2022 Order directing him to file an amended complaint (Doc. No. 12). The Court entered a text order the same day giving Ammons an additional 30 days in which to file his amended complaint (Doc. No. 13).

More than 30 days have passed, and Ammons has not complied or otherwise responded to the June 16 order. Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

DATED this 19th day of August, 2022.

_____
UNITED STATES MAGISTRATE JUDGE