**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DEMARIUS M. AMMONS**                                                                            **PLAINTIFF**

v.                                         Case No. 4:22-cv-00351-KGB-PSH

**SUSAN POTTS**                                                                                    **DEFENDANT**

## ORDER

Before the Court are the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 14). No objections have been filed, and the time to file objections has passed. After careful review, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, adopted in their entirety as this Court's findings in all respects (*Id.*). Accordingly, plaintiff Demarius Ammons's complaint is dismissed without prejudice for failure to prosecute (Dkt. No. 2). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

It is so ordered this 3rd day of February, 2023.

_____
Kristine G. Baker
United States District Judge