IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEMARIUS M. AMMONS**                                                               **PLAINTIFF**

v.                      Case No. 4:22-cv-00351-KGB-PSH

**SUSAN POTTS**                                                                       **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Demarius Ammon's complaint is dismissed without prejudice (Dkt. No. 2). The relief sought is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

So adjudged this 3rd day of February, 2023.

_____
Kristine G. Baker
United States District Judge